# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE J. GUILLOT

NO. 2021 KW 0817

OCTOBER 5, 2021

In Re:     Wayne J. Guillot, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-15-0870.

BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.

**WRIT GRANTED.** The trial court is ordered to act on relator's motion for revocation of probation, filed April 13, 2021, on or before November 29, 2021. A copy of the trial court's action shall be filed in this court on or before December 6, 2021.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT